UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAURABH JAIN and SHREYA ISHITA,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

C26-1814 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 13, the Court SETS the following dates and deadlines.

- Defendant shall file the administrative record by October 16, 2026
- Dispositive motions shall be filed by November 13, 2026

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk