UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAURABH JAIN and SHREYA ISHITA,<br>Plaintiffs,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br>Defendant. | C26-1814 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to stay, docket no. 16, is TREATED as a motion for an extension, and it is GRANTED as follows.

(a) Defendant shall complete its productions in response to plaintiffs' requests under the Freedom of Information Act by January 8, 2027; and

(b) The deadline for filing dispositive motions is EXTENDED from November 13, 2026, to February 12, 2027.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk